KRISTIN HENRY (Cal. Bar No. 220908)
Sierra Club Environmental Law Program
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone: (415) 977-5716
Facsimile: (415) 977-5793
Kristin.Henry@sierraclub.org

Counsel for Plaintiff Sierra Club

FILED
2012 AUG -2 P 3: 51

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 12 4078

EDL

| | |
|---|---|
| SIERRA CLUB | Case No. |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant. | |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 2, 2012

Respectfully Submitted,

Kristin A. Henry

Kristin Henry (Cal. Bar No. 220908)
Sierra Club Environmental Law Program
85 Second Street, 2nd Floor
San Francisco, CA 94105

1
                                                      Telephone: (415) 977-5716
                                                     Facsimile: (415) 977-5793

2                                                       Kristin.Henry@sierraclub.org
                                                       Counsel for Plaintiff

3

Certification of Interested Persons or Entities

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

28