| | |
|---|---|
| 1 | IGNACIA S. MORENO |
| 2 | Assistant Attorney General<br>Environment & Natural Resources Division |
| 3 | United States Department of Justice<br>LESLIE M. HILL (D.C. Bar No. 476008) |
| 4 | Leslie.Hill@usdoj.gov |
| 5 | Environmental Defense Section<br>601 D Street N.W., Suite 8000 |
| 6 | Washington D.C.  20004 |
| 7 | Telephone (202) 514-0375<br>Facsimile (202) 514-8865 |
| 8 | |
| 9 | Attorneys for Defendant |
| 10 | [Additional counsel listed on signature page] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>           Plaintiff,<br><br>      v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>           Defendant. | Case. No.: 3:12-cv-4078-SI<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER AND [PROPOSED] ORDER** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The parties also stipulate and agree that Defendant's time to answer Plaintiff's Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) is extended to and including November 14, 2012.  This extension will not alter the date of any event or any deadline already fixed by Court order.

//

//

Respectfully submitted,

Date: October 9, 2012

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources Division

        _____/s/_____
        LESLIE M. HILL (D.C. Bar No. 476008)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        601 D Street N.W., Suite 8000
        Washington D.C. 20004
        Leslie.Hill@usdoj.gov
        Telephone (202) 514-0375
        Facsimile (202) 514 8865

        *Attorneys for Defendant*

Date: October 2, 2012

        /s/ electronic mail authorization 10/3/12
        JAMES N. SAUL
        saul@mwbattorneys.com
        211 S. Paterson Street, Suite 320
        Madison, WI 53703
        Telephone (608) 310-3560

        KRISTIN HENRY
        Kristin.Henry@sierraclub.org
        Sierra Club
        85 Second Street, 2nd Floor
        San Francisco, CA 94105
        Telephone (415) 977-5716

        *Attorneys for Plaintiff*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED this ⎯11th⎯ day of October, 2012.

_____
SUSAN ILLSTON
United States Magistrate Judge