Kristin Henry (CA Bar No. 220908)
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone: (415) 977-5716
Facsimile: (415) 977-5793
Kristin.Henry@sierraclub.org

James N. Saul (WI Bar No. 1067236) (*pro hac vice*)
MCGILLIVRAY WESTERBERG & BENDER LLC
211 S. Paterson Street, Suite 320
Madison, WI 53703
Telephone: (608) 310-3560
Facsimile: (608) 310-3561
saul@mwbattorneys.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>    Defendant. | Case No. 3:12-cv-4078-SI<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME FOR HOLDING THE INITIAL CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil L.R. 6-1(b) and 6-3, Plaintiff respectfully requests that the Court enlarge the time for holding the initial case management conference and reschedule that

conference for December 14, 2012.  The grounds for this Motion are set forth in the

accompanying declaration of James N. Saul.

      Respectfully submitted this 30th day of October, 2012.

/s/ James N. Saul
JAMES N. SAUL
*Appearing pro hac vice*
McGillivray Westerberg & Bender LLC
311 S. Paterson Street, Suite 320
Madison, WI 53703
(608) 310-3560 – Tel.
(608) 310-3561 – Fax
saul@mwbattorneys.com

KRISTIN HENRY
CA Bar. No. 220908
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5716 – Tel.

*Attorneys for Plaintiff*

## [PROPOSED] ORDER

Plaintiff's unopposed motion for order enlarging the time for holding the initial Case Management Conference in this matter is GRANTED. The initial Case Management Conference shall take place on December 14, 2012, at __2:30 p.m.__.

DATED this __30th__ th day of October, 2012.



_____
HON. SUSAN ILLSTON
United States District Judge

- 3 -
Case No. 3:12-cv-4078-SI
PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME FOR HOLDING INITIAL CASE MANAGEMENT CONFERENCE