IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendant

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>                Plaintiff,<br><br>       v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>                Defendant. | Case. No.: 3:12-cv-4078-SI<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER AND TAKING INITIAL CASE MANAGEMENT CONFERENCE OFF-CALENDAR AND [~~PROPOSED~~] ORDER** |

      The parties have reached a tentative agreement on the key terms of a proposed settlement that would fully resolve this case without further litigation and are currently working to memorialize that agreement in a proposed Consent Decree.  Undersigned counsel will then submit the proposed Consent Decree to their respective parties for final approval.  Approval of the settlement on behalf of Defendant requires review by the appropriate officials of the U.S. Environmental Protection Agency ("EPA") and the U.S. Department of Justice as well as compliance with 40 U.S.C. § 7413(g).  Approval of the

1  settlement on behalf of Plaintiff requires review and approval by the Sierra Club's
2  National Litigation Committee.
3        Upon approval of the parties, Defendant Lisa Jackson, Administrator of the EPA,
4  will lodge a proposed consent decree with the Court.  The proposed consent decree
5  should not be signed or entered by the Court at that time.  Pursuant to section 113(g) of
6  the Clean Air Act, 42 U.S.C. § 7413(g), the consent decree is not final and cannot be
7  entered by the Court until the EPA Administrator provides "a reasonable opportunity by
8  notice in the Federal Register to persons who are not named as parties or intervenors to
9  the action" to comment in writing upon the proposed decree.  After a reasonable public
10 comment period, the EPA Administrator and the Attorney General, as appropriate, must
11 promptly consider any written comments received.  Id.  If the federal government elects
12 not to withdraw or withhold consent to the proposed consent decree, EPA will promptly
13 file a motion requesting that the Court enter the consent decree.
14       Accordingly, the parties stipulate to and request that the Court take the Initial
15 Case Management Conference set for December 14, 2012 (Dkt. No. 19) off-calendar in
16 light of the tentative agreement.  The parties also stipulate and agree that Defendant's
17 time to answer Plaintiff's Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) is
18 extended to and including January 15, 2013.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 | Respectfully submitted,

2 | Date: November 14, 2012

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

_____/s/_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514 8865

*Attorneys for Defendant*

Date: November 14, 2012

      /s/ electronic mail authorization 11/14/12
JAMES N. SAUL
saul@mwbattorneys.com
211 S. Paterson Street, Suite 320
Madison, WI 53703
Telephone (608) 310-3560

KRISTIN HENRY
Kristin.Henry@sierraclub.org
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone (415) 977-5716

*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED this  14    day of November, 2012.

_____
SUSAN ILLSTON
United States District Judge

The case management conference is continued to Friday, February 22, 2013 at 2:30 p.m.