1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
3  United States Department of Justice
   LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
6  Washington D.C.  20004
   Telephone (202) 514-0375
7  Facsimile (202) 514-8865

8  Attorneys for Defendant

9  [Additional counsel listed on signature page]
10
                **IN THE UNITED STATES DISTRICT COURT**
11
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
                           **SAN FRANCISCO DIVISION**
13
14
15 | SIERRA CLUB,
   |                          Plaintiff,              | Case. No.: 3:12-cv-4078-JST
16 |
17 |                     v.                           | **JOINT STIPULATION HOLDING ALL EVENTS AND DEADLINES IN ABEYANCE AND [PROPOSED] ORDER**
18 | ROBERT PERCIASEPE, Acting
19 | Administrator of the United States
   | Environmental Protection Agency,[1]
20 |
   |                          Defendant.
21

22     The parties stipulate and agree that all deadlines in the present matter be held in

23 abeyance in light of the filing of the Notice of Lodging of Proposed Consent Decree (Dkt.

24 No. 27).  Events and deadlines already fixed by Court order that would be held in

25 abeyance or taken off calendar pursuant to this Joint Stipulation and [Proposed] Order

26 include the deadline for Defendant to answer Plaintiff's Complaint for Declaratory and

27 ─────────────────────

28 [1] The named defendant, Lisa P. Jackson, no longer holds the designated position. Pursuant to Fed. R. Civ. P. 25, the Acting Administrator is substituted for Ms. Jackson.

Injunctive Relief (Dkt. No. 1), currently March 29, 2013, and the Initial Case Management Conference currently set for May 1, 2013 at 2:00 p.m. in Courtroom 9, 19th Floor, San Francisco (Dkt. Nos. 24-25).

Respectfully submitted,

Date: March 28, 2013

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources Division

        _____/s/_____
        LESLIE M. HILL (D.C. Bar No. 476008)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        601 D Street N.W., Suite 8000
        Washington D.C.  20004
        Leslie.Hill@usdoj.gov
        Telephone (202) 514-0375
        Facsimile (202) 514 8865

        *Attorneys for Defendant*

Date: March 28, 2013

         /s/ electronic mail authorization 3/28/13
        JAMES N. SAUL
        saul@mwbattorneys.com
        211 S. Paterson Street, Suite 320
        Madison, WI 53703
        Telephone (608) 310-3560

        KRISTIN HENRY
        Kristin.Henry@sierraclub.org
        Sierra Club
        85 Second Street, 2nd Floor
        San Francisco, CA 94105
        Telephone (415) 977-5716

        *Attorneys for Plaintiff*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED this _____ day of March, 2013.

                                                  _____
                                                  JON S. TIGAR
                                                  United States District Judge