UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT PERCIASEPE,<br><br>        Defendant. | Case No.  12-cv-04078-JST<br><br>**ORDER GRANTING STIPULATION HOLDING DEADLINES IN ABEYANCE**<br><br>Re: Dkt. No. 28 |

Pursuant to the Notice of Lodging of Proposed Consent Decree, Dkt. No. 27, and the stipulation filed by the parties on March 27, 2013, Dkt. No. 28, the Court hereby holds all case deadlines in abeyance and vacates the case management conference set for May 1, 2013.  The case management conference is postponed to September 4, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

**IT IS SO ORDERED**.

Dated: April 3, 2013

                                                  JON S. TIGAR<br>                                  United States District Judge