UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB,

        Plaintiff,

   v.

ROBERT PERCIASEPE,

        Defendant.

Case No. 12-cv-04078-JST

**ORDER TO SHOW CAUSE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

You are ORDERED TO SHOW CAUSE why sanctions should not be imposed for your failure to appear on September 4, 2013, as ordered on April 3, 2013. ECF No. 29. See also 28 U.S.C. § 1927; Fed. R. Civ. Proc. 16(f); Civil Local Rule 1-4.

Any party contesting this Order to Show Cause shall file a written response by September 11, 2013.

The matter is set for further Case Management Conference, and hearing on this Order, on September 18, 2013, at 2:00 p.m., Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. A Joint Case Management Statement must be filed not later than September 11, 2013. Counsel are ordered personally to appear.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
JON S. TIGAR
United States District Judge